No. 82–6359.  RING v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 82–6368.  ROSE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 82–6381.  MOSES v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–6394.  ARNOLD v. DUVAL COUNTY SCHOOL BOARD.  C. A. 11th Cir.  Certiorari denied.

No. 82–6438.  WADE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 82–6441.  BARRETT v. UNITED STATES; and
No. 82–6470.  MOBLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 699 F. 2d 172.

No. 82–6447.  EDWARDS ET AL. v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 82–6453.  NANEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 82–6456.  WRIGHT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 82–6459.  GUTIERREZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 82–6463.  SEIDERS v. UNITED STATES PAROLE COMMISSION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 82–6464.  WUJS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–6465.  WUJS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.